**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (253265)
david@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Andra Jay As Executor of the Estate of Rita Cutler

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,**<br><br>Plaintiff,<br><br>v.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION; GC SERVICES LIMITED PARTNERSHIP; REGIONAL ADJUSTMENT BUREAU, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** CV15-02461 MWF (DTBx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT GC SERVICES LIMITED PARTNERSHIP ONLY**<br><br>**HON. MICHAEL W. FITZGERALD** |

///

///

///

**NOTICE OF SETTLEMENT RE: DEFENDANT GC SERVICES LIMITED PARTNERSHIP ONLY**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER ("Plaintiff") and Defendant GC SERVICES LIMITED PARTNERSHIP ("GC Services") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of GC Services with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to GC Services be vacated and that the Court set a deadline on or after April 10, 2016 for filing a Joint Dismissal.

For purposes of clarity, Plaintiff's claims against Defendants NISSAN MOTOR ACCEPTANCE CORPORATION ("Nissan"); REGIONAL ADJUSTMENT BUREAU, INC. ("RAB"); EQUIFAX INFORMATION SERVICES, LLC ("Equifax"); EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"); and, TRANS UNION LLC ("Trans Union") remain active.

Dated: February 10, 2016                                    Respectfully submitted,

                                                            **KAZEROUNI LAW GROUP, APC**

                                                            By: ____/s/ Matthew M. Loker___
                                                            MATTHEW M. LOKER, ESQ.
                                                            ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: GC Services Limited Partnership Only* has been filed this 10th day of February, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                            ___/s/ Matthew M. Loker___
                                                            Matthew M. Loker