| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **HYDE & SWIGART** |
| Abbas Kazerounian, Esq. (249203) | Joshua B. Swigart, Esq. (225557) |
| ak@kazlg.com | josh@westcoastlitigation.com |
| Matthew M. Loker, Esq. (279939) | David J. McGlothlin, Esq. (253265) |
| ml@kazlg.com | david@westcoastlitigation.com |
| 245 Fischer Avenue, Unit D1 | 2221 Camino Del Rio South, Suite 101 |
| Costa Mesa, CA 92626 | San Diego, CA 92108 |
| Telephone: (800) 400-6808 | Telephone:  (619) 233-7770 |
| Facsimile: (800) 520-5523 | Facsimile:   (619) 297-1022 |

*Attorneys for Plaintiff,*
Andra Jay As Executor of the Estate of Rita Cutler

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,**<br><br>Plaintiff,<br><br>v.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION; GC SERVICES LIMITED PARTNERSHIP; REGIONAL ADJUSTMENT BUREAU, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** CV15-02461 MWF (DTBx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY**<br><br>**HON. MICHAEL W. FITZGERALD** |

///

///

///

**NOTICE OF SETTLEMENT RE: DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Equifax with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Equifax be vacated and that the Court set a deadline on or after May 14, 2016 for filing a Joint Dismissal.

For purposes of clarity, Plaintiff's claims against Defendants NISSAN MOTOR ACCEPTANCE CORPORATION ("Nissan"); EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"); and, TRANS UNION LLC ("Trans Union") remain active.[1]

Dated: March 14, 2016                                                  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Equifax Information Services, LLC Only* has been filed this 14th day of March, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker

---

[1] Plaintiff previously settled with and dismissed Defendant GC SERVICES LIMITED PARTNERSHIP from this action on February 25, 2016. [ECF No. 41]. Moreover, Plaintiff has also settled with Defendant REGIONAL ADJUSTMENT BUREAU, INC. but the Parties are still in the process of fulfilling the settlement terms. [*See* ECF No. 45].