**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (253265)
david@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Andra Jay As Executor of the Estate of Rita Cutler

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,**<br><br>Plaintiff,<br><br>v.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION; GC SERVICES LIMITED PARTNERSHIP; REGIONAL ADJUSTMENT BUREAU, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** CV15-02461 MWF (DTBx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>**HON. MICHAEL W. FITZGERALD** |

///

///

///

**NOTICE OF SETTLEMENT RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Experian with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Experian be vacated and that the Court set a deadline on or after May 30, 2016 for filing a Joint Dismissal.

For purposes of clarity, Plaintiff's claims against Defendants NISSAN MOTOR ACCEPTANCE CORPORATION ("Nissan"); and, TRANS UNION LLC ("Trans Union") remain active.[1]

Dated: March 30, 2016                                          Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Experian Information Solutions, Inc.* has been filed this 30th day of March, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker

---

[1] Plaintiff previously settled with and dismissed Defendant GC SERVICES LIMITED PARTNERSHIP from this action on February 25, 2016. [ECF No. 41]. Moreover, Plaintiff has also settled with Defendant REGIONAL ADJUSTMENT BUREAU, INC. but the Parties are still in the process of fulfilling the settlement terms. [*See* ECF No. 45].