**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (253265)
david@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Andra Jay As Executor of the Estate of Rita Cutler

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,**<br><br>Plaintiff,<br><br>v.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION; GC SERVICES LIMITED PARTNERSHIP; REGIONAL ADJUSTMENT BUREAU, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** CV15-02461 MWF (DTBx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT EXPERIAN INFORMATION TRANS UNION LLC**<br><br>**HON. MICHAEL W. FITZGERALD** |

///

///

///

---

**NOTICE OF SETTLEMENT RE: DEFENDANT TRANS UNION LLC**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER ("Plaintiff") and Defendant TRANS UNION ("Trans Union") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Trans Union with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Trans Union be vacated and that the Court set a deadline on or after June 6, 2016 for filing a Joint Dismissal.

For purposes of clarity, Plaintiff's claims against Defendants NISSAN MOTOR ACCEPTANCE CORPORATION ("Nissan") are the only claims that remain active.

Dated: April 6, 2016  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Trans Union LLC* has been filed this 6th day of April, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker