| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **HYDE & SWIGART** |
| Abbas Kazerounian, Esq. (249203) | Joshua B. Swigart, Esq. (225557) |
| ak@kazlg.com | josh@westcoastlitigation.com |
| Matthew M. Loker, Esq. (279939) | David J. McGlothlin, Esq. (253265) |
| ml@kazlg.com | david@westcoastlitigation.com |
| 245 Fischer Avenue, Unit D1 | 2221 Camino Del Rio South, Suite 101 |
| Costa Mesa, CA 92626 | San Diego, CA 92108 |
| Telephone: (800) 400-6808 | Telephone:  (619) 233-7770 |
| Facsimile: (800) 520-5523 | Facsimile:   (619) 297-1022 |

*Attorneys for Plaintiff,*
Andra Jay As Executor of the Estate of Rita Cutler

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,**<br><br>Plaintiff,<br><br>v.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION; GC SERVICES LIMITED PARTNERSHIP; REGIONAL ADJUSTMENT BUREAU, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** CV15-02461 MWF (DTBx)<br><br>**NOTICE OF SETTLEMENT RE: DEFENDANT NISSAN MOTOR ACCEPTANCE CORPORATION**<br><br>**HON. MICHAEL W. FITZGERALD** |

///

///

///

**NOTICE OF SETTLEMENT RE: DEFENDANT NISSAN MOTOR ACCEPTANCE CORPORATION**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER ("Plaintiff") and Defendant NISSAN MOTOR ACCEPTANCE CORPORATION ("Nissan") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 4, 2016 for filing a Joint Dismissal.

Dated: September 4, 2016                    Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                            By: ____/s/ Matthew M. Loker____
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement re: Nissan* has been filed this 4th day of September, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                            ____/s/ Matthew M. Loker____
                                                    Matthew M. Loker