JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRA JAY AS EXECUTOR OF THE ESTATE OF RITA CUTLER,**<br><br>Plaintiff,<br><br>v.<br><br>**NISSAN MOTOR ACCEPTANCE CORPORATION; GC SERVICES LIMITED PARTNERSHIP; REGIONAL ADJUSTMENT BUREAU, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** CV15-2461 MWF (DTBx)<br><br>**ORDER OF DISMISSAL RE: EQUIFAX INFORMATION SERVICES, LLC**<br><br>**HON. MICHAEL W. FITZGERALD** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice as to Defendant EQUIFAX INFORMATION SERVICES, LLC. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 9, 2016   _____

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE

**PROOF OF SERVICE**